UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:13-CV-00256-FL

| | |
|---|---|
| UNITED STATES | ) |
|     *ex rel* | ) |
| COASTAL CONTRACTORS, INC., | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
|     v. | ) |
| | ) |
| RLI CORPORATION d/b/a | ) |
| RLI SURETY, | ) |
| | ) |
|     *Defendant*. | ) |

___

**ORDER**
___

**BASED UPON** the Plaintiff's Motion to Stay Proceedings, for good cause shown, it is ordered that the entry of an order staying all proceedings in the instant matter until a resolution of the Onslow County Action, or June 15, 2015, whichever may occur sooner, at which time the parties can make report to this Court as to the status of the Onslow County Action and what, if any, further steps need to be taken to resolve the instant lawsuit.

This the 23rd day of September, 2014.

_____
The Honorable United States District
Judge Louise W. Flanagan